■ In the Matter of the Estate of HELEN S. K. LAZARUS, Deceased. PETER KAPLAN et al., Appellants; STANLEY DIAMOND et al., Respondents. [682 NYS2d 579] —Order, Surrogate's Court, New York County (Renee Roth, S.), entered March 16, 1998, unanimously affirmed for the reasons stated by Roth, S., without costs or disbursements. No opinion. Concur—Ellerin, J. P., Nardelli, Tom and Andrias, JJ.